## WEBER *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 40, September Term, 1961.]

*Decided November 17, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reason stated by Judge Evans for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*